THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCISCO JUAREZ VELAZQUEZ** <br><br> v. <br><br> **DAVID O'NEILL,** *et al.* | **CIVIL ACTION** <br><br> **No. 25-6191** |

## ORDER

**AND NOW**, this 3rd day of December, 2025, upon consideration of the Petition for a Writ of Habeas Corpus and the answer and response thereto, it is hereby **ORDERED**:

1. The petition (ECF No. 1) is **GRANTED** for the reasons in the accompanying memorandum.

2. Juarez is not subject to mandatory detention under 8 U.S.C. § 1225 and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

3. The respondents shall immediately **RELEASE** Juarez from custody.

4. The respondents shall certify compliance with this Memorandum and Order by a filing on the docket on December 4th, 2025 regarding Juarez's custody status.

5. Respondents are **ENJOINED** for a period of seven days following Juarez's release from custody pursuant to this order from detaining Juarez on the putative legal bases for his present arrest and detention, which is to say under 8 U.S.C. §§ 1225 or 1226.[1]

6. If the government seeks to detain Juarez after the period of seven days has elapsed, it must provide him with a bond hearing within 48 hours of his detention.

---

[1] If Juarez is not released from custody because he is otherwise detained, for instance on a criminal or civil commitment, then the seven-day period begins on the date of the lifting of detainers related to his immigration detention under §§ 1225 and 1226.

7.  The Motion for a Temporary Restraining Order is **DENIED** as **MOOT**.

                                      **BY THE COURT**:

                                      /s/ Catherine Henry
                                      **CATHERINE HENRY, J.**